■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY MILLER, Appellant. [714 NYS2d 212] —Judgment, Supreme Court, New York County (Dorothy Cropper, J.), rendered February 24, 1997, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 4½ to 9 years, unanimously affirmed.

The verdict was not against the weight of the evidence. There is no basis upon which to disturb the jury's determinations concerning credibility.

The court's *Sandoval* ruling balanced the appropriate factors and was a proper exercise of discretion (*see, People v Walker*, 83 NY2d 455, 458-459; *People v Mattiace*, 77 NY2d 269, 275-276; *People v Pavao*, 59 NY2d 282, 292). Concur—Rosenberger, J. P., Williams, Lerner, Saxe and Buckley, JJ.